UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONYE-D'MITRIA VICKERS-PEARSON,

                Plaintiff,

-v.-

CITY OF NEW YORK, and
CORRECTION OFFICER FRANKLIN
BROWN,

                Defendant.

18 Civ. 8610 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On December 11, 2019, the Court held a telephone conference at which Defendants notified the Court of their intention to file a motion for summary judgment. Plaintiff indicated that he would not be filing a motion. Accordingly, the parties shall adhere to the following briefing schedule: The Defendants' motion for summary judgment is due **January 15, 2020**; Plaintiff's opposition is due **March 6, 2020**; and Defendants' reply is due **March 20, 2020**.

Defendants are hereby ORDERED to send a copy of any cases cited in their briefing, reported and unreported, to Plaintiff.

It is further ORDERED that the Warden or other official in charge of Attica Facility permit Tonye-D'mitra Vickers-Pearson DIN: 17-R-3194 reasonable access the Facility's library so that Mr. Vickers-Pearson can research and respond to Defendants' motion in this case. Counsel for Defendants must transmit this Order to the Warden forthwith.

SO ORDERED.

Dated:  December 11, 2019
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Tonye-D'mitria Vickers-Pearson
NYSID: 09664066Q
DIN: 17-R-3194
Attica Correctional Facility
639 Exchange Street
P.O. Box 149
Attica, NY 14011-149
```