UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONYE-D'MITRIA VICKERS-PEARSON,<br><br>       Plaintiff,<br><br>     -v.-<br><br>CITY OF NEW YORK, and<br>CORRECTION OFFICER FRANKLIN<br>BROWN,<br><br>       Defendant. | 18 Civ. 8610 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court has attempted to mail its two most recent orders to Mr. Vickers-Pearson at Attica Correctional Facility. (*See* Dkt. #73, 75). Both such orders have been returned to the Court because it appears Mr. Vickers-Pearson has been released from custody. (*See* Dkt. Entries at 6/16/2020 and 7/23/2020). On July 24, 2020, the Court's Chambers reached out to Assistant Corporation Counsel, by email, to inquire as to Mr. Vickers-Pearson's current mailing address. Assistant Corporation Counsel provided the mailing address listed below. Accordingly, the Court will resend to Mr. Vickers-Pearson the two most recent orders, to the address listed below, and also reminds Mr. Vickers-Pearson to keep the Court apprised of any changes to his mailing address.

  SO ORDERED.

Dated:  July 24, 2020
     New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge

*A copy of this Order was mailed by Chambers to:*

```
Tonye-D'mitria Vickers-Pearson
2509 Cruger Avenue Apt DW
Bronx New York, 10467
```