# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TONYE-D'MITRIA VICKERS-PEARSON,

                Plaintiff,                18 **CIVIL** 8610 (KPF)

      -against-                        **JUDGMENT**

CITY OF NEW YORK, and CORRECTION
OFFICER FRANKLIN BROWN,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 24, 2020, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 24, 2020

                                          **RUBY J. KRAJICK**
                                            **Clerk of Court**
                **BY:**    _K. Mango_
                                             **Deputy Clerk**